UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| TINA KORTJE,<br><br>　　　　Plaintiff,<br>　v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company doing business in Washington state,<br><br>　　　　Defendant. | CASE NO. 2:20-cv-00873<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)**<br><br>*Clerk's Action Required* |

## **STIPULATION**

Plaintiff TINA KORTJE ("Kortje") and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), by and through their respective counsel, hereby stipulate and respectfully request pursuant to Fed. R. Civ. Proc. 41(a)(1)(A) that this matter be dismissed with prejudice in its entirety. Each party shall bear their own costs and attorneys' fees.

SO STIUPLATED.

**STIPULATION AND ORDER OF DISMISSAL**
**No. 2:20-cv-00873– Page 1**

DKM Law Group, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (415) 421-1100

Dated: March 22, 2021

DKM LAW GROUP, LLP

By_____
BRIAN R. DAVIS (WSBA No. 53414)
brd@dkmlawgroup.com
JESSICA J. ROSS (WSBA No. 55290)
jjr@dkmlawgroup.com
1700 7th Ave, Suite 2100
Seattle, WA 98101
Attorneys for Defendants
USAA CASUALTY INSURANCE COMPANY

Dated: May 20, 2021

SCOTT SHAWER

By_____
Scott Shawver
*Attorney of Plaintiff*

## **ORDER**

Pursuant to the stipulation of the parties and F.R.C.P. 41(a)(1)(A), this matter is hereby dismissed WITH PREJUDICE.

SO ORDERED.

DATED: May 21, 2021.

_____
The Honorable Robert S. Lasnik
United States District Court Judge
Western District of Washington

STIPULATION AND ORDER OF DISMISSAL
No. 2:20-cv-00873– Page 2

DKM LAW GROUP, LLP
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (415) 421-1100